Affirmed and Memorandum Opinion filed February 3, 2005









Affirmed and Memorandum
Opinion filed February 3, 2005.

 

 

In The

 

Fourteenth Court of Appeals

_______________

 

NO. 14-02-00849-CR

_______________

 

REYES G. LEYVA, Appellant

 

V.

 

THE STATE
OF TEXAS, Appellee

________________________________________________________

 

On Appeal from the 183rd District Court

Harris County, Texas

Trial
Court Cause No. 882,411

________________________________________________________

 

M E M O R A N D U M  
O P I N I O N

 

Reyes
G. Leyva appeals the ten-year sentence on his conviction for kidnaping on the
ground that the trial court erred in not ordering a pre-sentence investigation
report to determine the appropriateness of a drug or alcohol treatment program
prior to sentencing.[1]








However, because
Leyva signed a written waiver of any right to have such a report prepared and
failed to object to the absence of the report, his sole issue presents nothing
for our review.  Accordingly, it is
overruled, and the judgment of the trial court is affirmed.

 

/s/        Richard H. Edelman

Justice

 

Judgment rendered
and Memorandum Opinion filed February 3, 2005.

Panel consists of
Justices Yates, Edelman, and Guzman.

Do Not Publish C Tex.
R. App. P. 47.2(b).

 

 











[1]           See
Tex. Code Crim. Proc. Ann. art.
42.12 ' 9(h) (2) (Vernon Supp. 2004) (A[o]n a determination by the judge that alcohol or drug
abuse may have contributed to the commission of the offense . . . the judge
shall direct . . . an evaluation to determine the appropriateness of, and a
course of conduct necessary for, alcohol or drug rehabilitation for a defendant
. . . .  The evaluation shall be made
after conviction and before sentencing, if the judge assesses punishment in the
case.@).